UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                Case No. 11-20749
                                                 Hon. Lawrence P. Zatkoff

JONAS ROGERS,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 85], in which the Magistrate Judge recommends that the Court deny as premature and dismiss without prejudice Plaintiff's motion to inform the court of intent to appeal [dkt 64] and Plaintiff's motion to vacate sentence [dkt 66]. No objections were filed to the Magistrate Judge's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to inform the court of intent to appeal [dkt 64] and Plaintiff's motion to vacate sentence [dkt 66] are DENIED AS PREMATURE and DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.                          s/Lawrence P. Zatkoff
                                                          Hon. Lawrence P. Zatkoff
Date: January 14, 2014                       U.S. District Judge